**FILED**

SEP 2 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 05-00523 DLJ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER TO ADD CASE TO CALENDAR |
| ADRIAN GOMEZ ZEPEDA, et. al., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the defendant ADRIAN GOMEZ ZEPEDA in the above referenced case is added to the calendar of Magistrate Wayne D. Brazil on October 7, 2005, at 10:00 a.m. for a Hearing to Request Modification of Pre-trial Release Conditions.

Dated: 9-29-05

THE HONORABLE WAYNE D. BRAZIL
United States Magistrate

cc: WDB's Stats, Copy to parties by ECF, Pretrial, Frances