**FILED**

OCT 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ADRIAN GOMEZ ZEPEDA, et al,<br><br>  Defendants. | ) Case No. CR 05 00523 DLJ<br>)<br>)<br>) [PROPOSED] ORDER TO ALLOW<br>) ZEPEDA'S TRAVEL TO MEXICO AND<br>) FOR RETURN OF PASSPORT<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT pursuant to Defendant

ZEPEDA's request to travel by car for a fifteen-day period of time to Mexico, ZEPEDA is

permitted to make said trip but must provide his travel itinerary to Pre-trial Services.  Further, the

Clerk of this court is ordered to return to Defendant ZEPEDA his Mexican passport immediately

upon the filing of this Order.  Finally, it is also ordered that ZEPEDA is to return his passport to

the Clerk's Office immediately upon his return from Mexico.  Defendant Zepeda must report
to his Pretrial Services Officer by telephone once a week during the
fifteen-day time period.

Dated: October 14, 2005

BY: _____
THE HONORABLE WAYNE D. BRAZIL
United States Magistrate

cc: WDB's Stats, Copy to Pretrial, Copy to parties
Financial                         via ECF

[PROPOSED] ORDER TO ALLOW ZEPEDA'S TRAVEL TO MEXICO AND FOR RETURN OF
PASSPORT