**FILED**

NOV 8 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | No. CR   4:05-0523 DLJ |
| Plaintiff, | ORDER STAYING DRUG/ALCOHOL TESTING AND WARRANTLESS SEARCH REQUIREMENTS IN PRETRIAL RELEASE CONDITIONS |
| v. | |
| ADRIAN ZEPEDA | |

IT IS HEREBY ORDERED, in light of the recent decision by the Court of Appeals for the Ninth Circuit  in *United States v. Scott*, 424 F.3d 888 (9th Cir. September 9, 2005), that the provisions of any order (including any pretrial bond) previously entered by any judge of this court that subjected a  defendant whose case has not been resolved (by trial, motion, or change of plea) to random tests for substance abuse (drugs or alcohol) and/or to warrantless searches are STAYED.

Defendants who have been convicted (by guilty plea or trial) and who are awaiting sentence or self-surrender remain subject to *all* release conditions previously imposed, including random testing for substance abuse and/or warrantless searches.

Substance abuse treatment programs and half-way houses (e.g., Cornell Corrections) fix the terms and conditions under which persons may be admitted to

United States District Court
For the Northern District of California

1 and remain in their programs.  These programs may expel or terminate any person
2 who refuses to comply with or who violates the terms and conditions set by the
3 programs. If a defendant who was ordered by the court, as a condition of pretrial
4 release, to participate in a substance abuse program or to reside in a half-way house,
5 is terminated or expelled from the program, it will be necessary for the court to
6 reconsider whether that defendant  may remain out of custody (on a changed set of
7 conditions) pending the disposition of the criminal proceedings.

8 Persons who signed bonds as SURETIES and/or who agreed to serve as
9 CUSTODIANS for a defendant who was subjected, under the terms of the bond, to
10 substance abuse testing and/or warrantless searches, are hereby NOTIFIED THAT
11 THE TERMS OF THE BOND HAVE BEEN CHANGED as reflected above.

12 IT IS FURTHER ORDERED that the Pretrial Services Office shall mail a copy
13 of this ORDER AND NOTICE  to all sureties and/or custodians on bonds whose
14 provisions for substance abuse testing and/or warrantless searches are stayed by this
15 ORDER.

16
17 IT IS SO ORDERED.
18 Dated:   **NOV - 8 2005**
19                                                           Honorable Wayne D. Brazil
20                                                           United States Magistrate Judge
21 Copies to: Pretrial, U.S. Attorney,
   Office of Public Defender.
22
                                        file: order and notice re changing release conditions
23
24
25
26
27
28

2