KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK K. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3771
   FAX: (510) 637-3724

Attorneys for Plaintiff

FILED
JUN 1 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ADRIAN GOMEZ ZEPEDA, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-00523 DLJ <br><br> STIPULATION TO CONTINUE DATE FOR CHANGE OF PLEA AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER <br><br> OAKLAND VENUE |

    The United States of America, by its undersigned counsel, and defendant Adrian Gomez Zepeda, by his undersigned counsel, hereby request and stipulate that the change of plea hearing scheduled for June 16 at 9:00 a.m. be continued to July 14 at 9:00 a.m., and that time be excluded until July 14. The reasons for this continuance and exclusion of time are as follows:

    On June 12, defendant's attorney, Harris Tabak, called undersigned government counsel and informed him that defendant Zepeda's brother had been brutally murdered over the weekend. Mr. Tabak stated that his client needed to be with his family this week rather than meeting with Mr. Tabak to review the plea agreement. Mr. Tabak stated that the next Friday morning that Mr. Tabak would be available is July 14.

    For these reasons, the parties request and stipulate that the change of plea hearing

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ

scheduled for defendant Zepeda be continued from June 16 to July 14 at 9:00 a.m., and that time be excluded from now until July 14. The parties stipulate that, given the circumstances, the ends of justice served by this continuance and exclusion of time outweigh the best interests of the public and of the defendant in a speedy trial, and that, accordingly, an exclusion of time pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B) is appropriate.

**IT IS SO STIPULATED.**

DATED:     June 12, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

By_____/s/_____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

DATED:     June 12, 2006

_____/s/_____
HARRIS TABAK
Attorney for Defendant Adrian
Gomez Zepeda

//

**IT IS SO ORDERED.**

DATED:     June 13, 2006

_____
D. LOWELL JENSEN
United States District Court Judge

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ