~~PROPOSED~~ ORDER/COVER SHEET

**TO:**   Honorable Wayne D. Brazil
          U.S. Magistrate Judge

**FILED**

**RE:**   **ADRIAN GOMEZ ZEPEDA**

**FROM:**   Claudette M. Silvera, Chief
            U.S. Pretrial Services Officer

JUL 2 0 2006  **DOCKET NO.:**   CR 05-00523 DLJ

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DATE:**   **July 20, 2006**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

**Betty Kim**
**U.S. PRETRIAL SERVICES OFFICER**

**510-637-3755**
**TELEPHONE NUMBER**

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so
that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter
     requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
     _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court
     Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's
     Pretrial Release conditions as indicated below:

☐   Modification(s)

    A.

    B.

☒   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested
     parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____        _____
**JUDICIAL OFFICER**                                   7-20-06
                                                        **DATE**

cc: WDB's Stats, Copies to parties via ECF
2 certified copies to Marshal, Financial,
Frances, Pretrial

**Cover Sheet (12/03/02)**