```
                                                    FILED
                                                   JUL 2 4 2006
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney                        RICHARD W. WIEKING
2                                            CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
3  MARK K. KROTOSKI (CSBN 138549)                     OAKLAND
   Chief, Criminal Division
4
   DOUGLAS SPRAGUE (CSBN 202121)
5  Assistant United States Attorney

6     1301 Clay Street Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3771
      FAX: (510) 637-3724

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00523 DLJ |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR CHANGE OF PLEA AND TO EXCLUDE TIME; [PROPOSED] ORDER |
| v. | |
| ADRIAN GOMEZ ZEPEDA, | OAKLAND VENUE |
| Defendant. | |

The United States of America, by its undersigned counsel, and defendant Adrian Gomez Zepeda, by his undersigned counsel, hereby request and stipulate that the change of plea hearing scheduled for July 21 at 2:00 p.m. be continued to August 30 at 10:00 a.m., and that time be excluded until August 30. The reasons for this continuance and exclusion of time are as follows:

On July 19, counsel for the government and counsel for defendant learned that the defendant recently had been arrested in Alameda County and was in custody in connection with those charges. On July 20, counsel for the government called the Alameda County District Attorney's Office; a representative in that office confirmed that charges had been filed against Mr. Zepeda. According to Pretrial Services, Mr. Zepeda is in custody and will appear in Alameda County Superior Court on Wednesday, July 26.

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ

1       The parties stipulate that, given the circumstances, the ends of justice served by this
2   continuance and exclusion of time outweigh the best interests of the public and of the defendant
3   in a speedy trial, and that, accordingly, an exclusion of time pursuant to Title 18, United States
4   Code, Sections 3161(h)(3)(A)(unavailability of defendant) and (8)(A) and (B) (effective
5   preparation of defense counsel to analyze the recent arrest and its potential impact on this case, as
6   well as continuity of defense counsel, who is not available the first two weeks in August) is
7   appropriate.
8   **IT IS SO STIPULATED.**
9   DATED:      July 21, 2006                               Respectfully submitted,
10                                                          KEVIN V. RYAN
                                                            United States Attorney
11
12                                                          By /s/
13                                                          W. DOUGLAS SPRAGUE
                                                            Assistant U.S. Attorney
14  DATED:      July 21, 2006                               /s/
15                                                          HARRIS TABAK
                                                            Attorney for Defendant Adrian
16  //                                                      Gomez Zepeda

17  **IT IS SO ORDERED.**
18  DATED:      July 24, 2006
19                                                          D. LOWELL JENSEN
                                                            United States District Court Judge
20
21
22
23
24
25
26
27
28

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ