**FILED**

OCT 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

MARK K. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

5

1301 Clay Street Suite 340S
6  Oakland, California 94612
Telephone: (510) 637-3771
7  FAX: (510) 637-3724

8  Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

14  UNITED STATES OF AMERICA,            )   No. CR 05-00523 DLJ
                                         )
15          Plaintiff,                   )   STIPULATION TO CONTINUE DATE
                                         )   FOR CHANGE OF PLEA AND TO
16      v.                               )   EXCLUDE TIME; [~~PROPOSED~~] ORDER
                                         )
17  ADRIAN GOMEZ ZEPEDA,                 )   OAKLAND VENUE
                                         )
18          Defendant.                   )
    _____    )

19          The United States of America, by its undersigned counsel, and defendant Adrian Gomez

20  Zepeda, by his undersigned counsel, hereby request and stipulate that the change of plea hearing

21  scheduled for November 3 at 10:00 a.m. be continued to December 8 at 9:00 a.m., and that time

22  be excluded until December 8.   The reasons for this continuance and exclusion of time are as

23  follows:

24          Defendant Zepeda remains in state custody as a result of charges filed against him by the

25  Alameda County District Attorney's Office.  In the federal case, the parties anticipate reaching a

26  plea agreement in the next two weeks.  Then the government will need to file a writ to secure

27  defendant Zepeda's appearance for the change of plea.  Due to his court calendar, the next

28  available (non-holiday) date for defendant Zepeda's attorney, Harris Tabak, is December 8.

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ

1    The parties stipulate that, given the circumstances, the ends of justice served by this

2  continuance and exclusion of time outweigh the best interests of the public and of the defendant

3  in a speedy trial, and that, accordingly, an exclusion of time pursuant to Title 18, United States

4  Code, Sections 3161(h)(3)(A)(unavailability of defendant) and (8)(A) and (B) (effective

5  preparation and continuity of defense counsel) is appropriate.

6  **IT IS SO STIPULATED**.

7  DATED:      October 31, 2006                    Respectfully submitted,

8                                                   KEVIN V. RYAN
                                                     United States Attorney
9

10                                                  By_____/s/_____
                                                    W. DOUGLAS SPRAGUE
11                                                  Assistant U.S. Attorney

12  DATED:      October 31, 2006                    _____/s/_____
                                                    HARRIS TABAK
13                                                  Attorney for Defendant Adrian
                                                        Gomez Zepeda
14  //

15  **IT IS SO ORDERED.**

16  DATED:      ___10-31___, 2006

17                                                  _____
                                                    D. LOWELL JENSEN
                                                    United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME (Zepeda);
CR 05-00523 DLJ