SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK K. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3771
FAX: (510) 637-3724

Attorneys for Plaintiff

FILED
FEB 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ADRIAN GOMEZ ZEPEDA, <br> Defendant. | No. CR 05-00523 DLJ <br> STIPULATION TO CONTINUE DATE FOR SENTENCING; [PROPOSED] ORDER <br> OAKLAND VENUE |

The United States of America, by its undersigned counsel, and defendant Adrian Gomez Zepeda, by his undersigned counsel, hereby request and stipulate that the sentencing hearing scheduled for March 2 be continued to April 6 at 10:00 a.m. The reasons for this continuance are as follows:

Defendant Zepeda remains in state custody as a result of charges filed against him by the Alameda County District Attorney's Office. A representative of the District Attorney's Office informed government counsel as follows: Mr. Zepeda's state trial is underway; opening statements were on February 20; evidence would begin to be presented on February 21; and the trial was estimated to last three to four weeks. Defendant Zepeda's attorney told government counsel that according to Zepeda's state trial defense counsel, if Zepeda is convicted of all

STIP. TO CONTINUE SENTENCING (Zepeda);
CR 05-00523 DLJ

1  charges in this state trial, he could face a sentence of as much as 28 years in jail.
2       Under the circumstances, the parties jointly request and stipulate that Mr. Zepeda's
3  sentencing in the federal case be continued to April 6.  Both parties are available then, and
4  defense counsel has stated that the Probation Officer also is available on that date.
5  **IT IS SO STIPULATED**.
6  DATED:       February 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By_____/s/_____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

11  DATED:       February 21, 2007

_____/s/_____
HARRIS TABAK
Attorney for Defendant Adrian
Gomez Zepeda

13  //

14  **IT IS SO ORDERED.**
15  DATED:     Feb 21  , 2007

_____
D. LOWELL JENSEN
United States District Court Judge

STIP. TO CONTINUE SENTENCING (Zepeda);
CR 05-00523 DLJ

**CERTIFICATE OF SERVICE**

<u>UNITED STATES vs. ADRIAN GOMEZ ZEPEDA</u>

CR 05-00523 DLJ

I, Katie Glynn, declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action.

I hereby certify that a copy of the foregoing:

**STIPULATION TO CONTINUE DATE
FOR SENTENCING; [PROPOSED] ORDER**

was faxed to the named party(ies) listed below:

HARRIS B. TABACK
345 Franklin Street, Suite 102
San Francisco, CA 94102
**FAX: (415) 565-0110**

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed at Oakland, California.

DATED: February 21, 2007.

                                          /s/
                                Katie Glynn
                                Supervisory Legal Assistant
                                United States Attorney's Office
                                Oakland Branch

STIP. TO CONTINUE SENTENCING (Zepeda);
CR 05-00523 DLJ